Moe Oltarsh, Appellant-Respondent, v. Max Oltarsh, Individually and Claiming to Act for and on Behalf of Max Oltarsh et al., Formerly Copartners Doing Business under the Name of J. Oltarsh, et al., Respondents-Appellants.— Judgment so far as appealed from unanimously modified so as to direct that plaintiff is enjoined from selling, assigning, transferring, hypothecating, in any manner disposing of or voting his 27½% interest in the stock in any way

except in compliance with the agreement of December 15, 1938, and as so modified affirmed, with costs to the defendants. No opinion. Settle order on notice, reversing findings inconsistent with this determination and containing such new findings of fact proved upon the trial as are necessary to sustain the judgment hereby awarded. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.